# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0386
_____

R.H., Mother of R.B., L.B., H.B.,
Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
David J. Oberliesen, Judge.

June 11, 2025

PER CURIAM.

This is an appeal of the final judgment of termination of the Appellant mother's parental rights to three children. Upon appointed appellate counsel's motion to withdraw under rule 9.146(g)(4)(B), Florida Rules of Appellate Procedure, we granted the motion and ordered that the mother would thereafter appear in proper person. *See N.S.H. v. Dep't of Child. and Fam. Servs.*, 843 So. 2d 898 (Fla. 2003). The mother was provided the record and copies of the rules of appellate procedure governing appeal proceedings in termination of parental rights cases, requirements for appellate briefs, and requirements for filing and service.

The mother's brief contains no legal argument why the circuit court erred. The final judgment of termination of the mother's parental rights is therefore summarily affirmed under rule 9.315(a), Florida Rules of Appellate Procedure. *See Spencer v. Fla. Power Light/Broadspire*, 141 So. 3d 203, 204 (Fla. 1st DCA 2013) ("Under rule 9.315(a), summary affirmance is appropriate where the initial brief fails to present a 'preliminary basis for reversal,' regardless of the good-faith intentions of the filing party.").

AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

R.H., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee; Jamie Billotte Moses of MMPO Defense, Pro Bono, Defending Best Interests Project, Guardian ad Litem, Orlando.